IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Government | : | CR-91-23 |
| | : | |
| vs. | : | Judge Caldwell |
| | : | |
| GEORGE T. ZAHORIAN, III<br>    Defendant | : | |

### RECEIPT FOR PERMANENT RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of all exhibits introduced at trial in the above-captioned case pursuant to Local Rule 79.4.

Dated: 3-9-09                          _____
                                         Signature

FILED
HARRISBURG, PA

MAR 09 2009

MARY E. D'ANDREA, CLERK
Per _____, 
       Deputy Clerk