FILED
HARRISBURG, PA

JUN 0 5 2012

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

MAY 22, 2012

CLERK OF UNITED STATES DISTRICT COURT
228 WALNUT STREET - # 1060
HARRISBURG, PENNSYLVANIA 17101

91-CR-23

MR. ROCKY M. SHROYER # 956193
WESTVILLE CORRECTIONAL CENTER
5501 SOUTH 1100 WEST
WESTVILLE, INDIANA 46391

RE: UNITED STATES OF AMERICA v. DR. GEORGE ZAHORIAN
    CASE NO. (UNKNOWN)

DEAR CLERK:

I AM WRITING THIS LETTER FOR PURPOSE OF REQUESTING TO OBTAIN A COPY OF THE INDICTMENT(S) FILED IN THE ABOVE-ENTITLED CASE.

I WOULD REALLY APPRECIATE IF YOU COULD PLEASE PROVIDE ME WITH A COPY OF THE INDICTMENT'S FILED IN THE ABOVE-ENTITLED CASE.

YOUR ASSISTANCE IN THIS MATTER IS GREATLY APPRECIATED.

THANK YOU IN ADVANCE FOR YOUR TIME, CONSIDERATION AND ASSISTANCE IN THIS MATTER.

SINCERELY,

ROCKY M. SHROYER

Rocky M. Shroyer # 956193
W.C.C. P2-South
5501 South 1100 West
Westville, Ind. 46391

RECEIVED
HARRISBURG, PA
JUN 0 5 2012
MARY E. D'ANDREA, CLERK
Per _____

17101$1727

Clerk of United States District Court
228 Walnut Street, # 1060
Harrisburg, Pennsylvania 17101

LEGAL MAIL ONLY

UNITED STATES POSTAGE
02 1M
0004263909
$ 00.45⁰
MAY 29 2012
MAILED FROM ZIP CODE 46391